# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. CR 08-270** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **OMAR TREVINO MORALES,** | ) | |
| a.k.a. "42," et al. | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America, by and through Arthur G. Wyatt, Chief, Narcotic and Dangerous Drug Section, Criminal Division, and Darrin L. McCullough, Trial Attorney, Narcotic and Dangerous Drug Section, Criminal Division, files this Motion to Dismiss without prejudice this indictment, and shows that this indictment is redundant of case 08-057, and the dismissal is therefore in the interests of justice.

    Respectfully submitted,

    Arthur G. Wyatt, Chief
    Narcotic and Dangerous Drug Section
    U.S. Department of Justice, Criminal Division

    */s/ Darrin L. McCullough*
    Darrin L. McCullough
    Trial Attorney

1400 New York Avenue, N.W.
Washington, D.C. 20005

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties.

*/s/ Darrin L. McCullough*

Darrin L. McCullough